IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES ADAMS,

    Plaintiff,

vs.                              Civ. No. 04-2605-B/P

PATRICIA GALLOWAY, et al.,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

---

Before the court is defendants' Motion for Enlargement of Time, filed May 23, 2005 (Dkt #10). For good cause shown, defendants' motion for enlargement of time is GRANTED. Defendants Patricia Galloway, Michael Ottinger, Donal Campbell and Bruce Westbrooks (in his official capacity only) shall have up to and including June 8, 2005, to respond to the complaint.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/24/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02605 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

James Adams
WEST TENNESSEE STATE PENITENTIARY
290690
P.O. Box 1150
Henning, TN 38041--115

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT