IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES ADAMS,

    Plaintiff,

vs.                                        No. 04-2605-B/P

PATRICIA GALLOWAY, et al.,

    Defendants.

## ORDER OF REFERENCE

Before the court is the <u>pro se</u> Plaintiff's Motion for Court to Set Trial Date filed on May 26, 2005.

The above motion is hereby referred to the Honorable Tu Pham, U.S. Magistrate Judge, for the purpose of conducting a scheduling conference.

**IT IS SO ORDERED.**

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

May 27, 2005
DATE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02605 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

James Adams
WEST TENNESSEE STATE PENITENTIARY
290690
P.O. Box 1150
Henning, TN 38041--115

Honorable J. Breen
US DISTRICT COURT