UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 15  PM 2:57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES ADAMS,

        Plaintiff,

v.                                        Civ. No. 04-2605-B/P

PATRICIA GALLOWAY, et al.,

        Defendants.

SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

FILING MOTIONS TO JOIN PARTIES: **Tuesday, September 5, 2005**

FILING MOTIONS TO AMEND PLEADINGS: **Tuesday, September 5, 2005**

FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND: **Monday, December 5, 2005**

COMPLETING ALL DISCOVERY pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37: **Wednesday, October 5, 2005**

This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This order will not be modified except upon showing of good cause. This order effectively GRANTS plaintiff's motion for trial date (dkt #12).

It is SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 14, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02605 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

James Adams
WEST TENNESSEE STATE PENITENTIARY
290690
P.O. Box 1150
Henning, TN 38041--115

Honorable J. Breen
US DISTRICT COURT